| | |
|---|---|
| GENEVA WHITESIDE,<br>LARRY WHITESIDE,<br><br> Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S., LLC,<br>SANOFI U.S. SERVICES, INC.,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the parties' Motion to Stay. (Doc. No. 22). The motion is **GRANTED.**

This matter is stayed through and including April 29, 2025, at which time a status report informing this Court of the parties' settlement status or a motion for appropriate relief shall be due.

Signed: November 18, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge